**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| CAL HEIDELBERG JR., | : | No. 26 WAP 2015 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court entered October |
| | : | 26, 2015 at No. 494 MD 2015. |
| v. | : | |
| | : | |
| | : | |
| | : | |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**

**AND NOW,** this 29th day of March, 2016, we VACATE the Order of the Commonwealth Court. We REMAND this case to the Commonwealth Court for further consideration in its appellate jurisdiction pursuant to 42 Pa.C.S. § 763 (providing that an appeal from an order of a Commonwealth agency is directed to the Commonwealth Court's appellate jurisdiction) and 42 Pa.C.S. § 708(c) (providing that where a complaint in the nature of mandamus is commenced against a government unit objecting to a governmental determination, where the proper mode of relief is an appeal from that determination, the court shall regard it as an appeal from that determination).